Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

Cheryl Dean Riley
300 Third St.
PO Box 1518
Elkins, WV 26241

FILED

APR 2 5 2022

U.S. DISTRICT COURT
ELKINS WV 26241

**Control Number:** 291505
**Defendant:** OHIO VALLEY VENEER, INC.
165 NO NAME ROAD
PIKETON, OH 45661 US

**Agent:** EDWARD ROBBINS
**County:** Federal
**Civil Action:** 2:22-CV-4
**Certified Number:** 92148901125134100003491600
**Service Date:** 4/19/2022

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,



Mac Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia ▼

| | |
|---|---|
| WILLIAM R. DEAN and<br>DEBORAH DEAN, husband and wife<br><br>*Plaintiff(s)*<br>v.<br>RICKY WILLS, OHIO VALLEY VENEER INC., an<br>Ohio corporation, and ED ROBBINS TRUCKING,<br>LLC, an Ohio limited liability company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:22-CV-4<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ohio Valley Veneer Inc.
c/o Edward J. Robbins
165 No Name Road
Piketon, OH  45661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Edison Hill, Esq.
HILL PETERSON CARPER BEE & DEITZLER, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, WV  25311-1261

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Cheryl Dean Riley

Date: April 13, 2022

By: C Daniels
Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:22-CV-4

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                           *Server's signature*

                                                   _____
                                                           *Printed name and title*

                                                   _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
WILLIAM R. DEAN and
DEBORAH DEAN, husband and wife

**(b)** County of Residence of First Listed Plaintiff: **Webster**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
R. Edison Hill, Hill Peterson Carper Bee & Deitzler, PLLC,
500 Tracy Way, Charleston, WV 25311; 304-345-5667

## DEFENDANTS
RICKY WILLS, OHIO VALLEY VENEER INC., an Ohio corporation, and ED ROBBINS TRUCKING, LLC, an Ohio limited liability company

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 USC 1332**
Brief description of cause:
**Diversity of Jurisdiction**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 04/13/2022
SIGNATURE OF ATTORNEY OF RECORD: s/R. Edison Hill

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

```
ELECTRONICALLY
     FILED
   Apr 13 2022
U.S. DISTRICT COURT
Northern District of WV
```

**WILLIAM R. DEAN and
DEBORAH DEAN, husband
and wife,**

        **Plaintiffs,**

v.

        CIVIL ACTION NO.: **2:22-CV-4 (Kleeh)**
        **Judge:**

**RICKY WILLS, OHIO VALLEY
VENEER INC., an Ohio corporation,
and ED ROBBINS TRUCKING, LLC,
an Ohio limited liability company,**

        **Defendants.**

## COMPLAINT

For their cause of action Plaintiffs William R. Dean and Deborah Dean, by counsel R. Edison Hill, and the law firm of HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC, state and aver as follows:

### PARTIES

1.    That Plaintiffs William R. Dean and Deborah Dean, husband and wife (sometimes referred to herein as "Plaintiffs"), are and at all relevant times herein stated were citizens and residents of Webster Springs, Webster County, West Virginia.

2.    That upon information and belief Defendant Ricky Wills is believed to be a citizen and resident of Wellston, Jackson County, Ohio.

3.    That Defendant Ohio Valley Veneer Inc., an Ohio corporation (hereinafter referred to as "Ohio Valley Veneer"), is and was at all relevant times herein stated authorized to do business in West Virginia. Its principal place of business is located at 165 No Name Road, Piketon, Ohio 45661.

4. That Defendant Ed Robbins Trucking, LLC, a limited liability company registered in the State of Ohio (hereinafter sometimes referred to as "Ed Robbins Trucking"), is and was at all relevant times herein stated authorized to do business in West Virginia. Its principal place of business is located at 1237 Jasper Road, Piketon, Ohio.

**FACTS**

5. On April 16, 2020, at or about 11:23 a.m., Plaintiff William R. Dean was operating a 2018 Chevrolet Silverado pickup truck, bearing West Virginia license plate number ABM160, traveling North on WV Route 20 towards Webster Springs, Webster County, West Virginia.

6. At the above time and place, Defendant Ricky Wills was operating a 2007 Western Star tractor trailer truck loaded with logs, bearing Ohio license plate number PVM9713, and was traveling South on WV Route 20, near Webster Springs, Webster County, West Virginia.

7. At the above-referenced time and place, Defendant Ricky Wills operated the Western Star truck with a fully loaded trailer of cut lumber in a negligent and/or reckless manner.

8. At all relevant times herein stated, Plaintiff William R. Dean was operating his vehicle in a reasonable and safe manner.

9. As a direct and proximate result of the negligent acts of Defendant Ricky Wills, the Western Star tractor trailer truck he was operating violently collided with the front driver's side of the vehicle being operated by Plaintiff William R. Dean.

10. As a direct and proximate result of the aforementioned negligent and wrongful acts of Defendant Ricky Wills, Plaintiff William R. Dean was caused to sustain severe and permanent injuries to his neck, shoulder and back, among other injuries to his person; and said Plaintiffs' vehicle was damaged and is now worth less due to the damage and subsequent repair.

11.     Defendant Ricky Wills' negligent conduct proximately caused the collision described above and resultant injuries to Plaintiff William R. Dean, as well as diminished value to his vehicle.

12.     Defendants Ohio Valley Veneer and Ed Robbins Trucking are negligent due to the negligent hiring and/or supervision of Defendant Ricky Wills.

13.     Defendants Ohio Valley Veneer and Ed Robbins Trucking are responsible under the doctrine of *respondeat superior*.

## **DAMAGES**

14.     As a direct and proximate result of all Defendants joint and several negligent and wrongful conduct, Plaintiff William R. Dean suffered the following damages:

      a.     past and future pain and suffering of mind and body

      b.     past and future mental anguish

      c.     past and future medical treatment and expense

      d.     past and future lost enjoyment of life

      e.     past and future diminished income earning ability

      f.     diminished value to Plaintiffs' vehicle

15.     As a further and proximate result of the negligence of all Defendants joint and several, Plaintiff Deborah Dean has suffered a loss of consortium in that she has been deprived and will in the future be deprived of the normal marital relationship of her husband, William R. Dean.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for compensatory damages, for an undetermined amount, for said amount of compensatory damages to be in excess of the requisite jurisdictional amount, and the said amount further to be determined by

a jury, for prejudgment and postjudgment interest, and for such other and further relief as this Court deems just and proper.

**PLAINTIFFS DEMAND A TRIAL BY JURY.**

        **WILLIAM R. DEAN and**
        **DEBORAH DEAN, husband and wife,**
        **Plaintiffs,**

        **By Counsel**

**/s/ R. Edison Hill**
R. Edison Hill (W.Va. State Bar #1734)
HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, West Virginia 25311-1261
(304) 345-5667
(304) 345-1519 (fax)
*Counsel for Plaintiffs*
00613080.wpd